**Jose Ignacio Medrano CLAUSTRO, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–71509.
Agency No. A76–361–078.

United States Court of Appeals,
Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Sept. 13, 2004.\*

Decided Sept. 20, 2004.

J. Jack Artz, Esq., South Pasadena, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, San Francisco, CA, Terri J. Scadron, Esq., Efthimia S. Pilitsis, Washington, DC, for Respondent.

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM \*\*

Jose Ignacio Medrano Claustro, a native and citizen of Mexico, petitions for review of the order of the Board of Immigration Appeals affirming without opinion an immigration judge's ("IJ") decision denying Medrano Claustro's application for cancellation of removal. We dismiss the petition for review for lack of jurisdiction because the IJ denied the cancellation application, in part, because Medrano Claustro had not demonstrated the requisite "exceptional and extremely unusual hardship." *See* 8 U.S.C. § 1252(a)(2)(B); *Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir.2003) (court lacks jurisdiction to review discretionary determination that an alien failed to satisfy hardship requirement for cancellation of removal). Medrano Claustro's contentions that this court has jurisdiction over his petition for review despite *Romero–Torres* are unpersuasive.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

PETITION FOR REVIEW DISMISSED.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.